# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Orlan Johnson<br><br>    Plaintiff,<br><br>v.<br><br>Scott Lowery Law Office, P.C.<br><br>    Defendant. | Case No. 1:13-cv-2808<br><br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Jacoby & Meyers Bankruptcy, LLP

By:   /s/ Jason Khano
    Jason Khano
    Attorney for Plaintiff
    225 Peachtree Street NE
    South Tower, Suite 1625
    Atlanta, GA 30303
    Telephone: 1.866.339.1156
    jkhano@maceybankruptcylaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2013, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF system upon the following:

Scott Lowery Law Office, P.C.

                                                             /s/ Jason Khano